No. 129. INDUSTRIAL NATIONAL BANK OF RHODE ISLAND v. WINGATE CORP.; and

No. 225. CAMP, COMPTROLLER OF THE CURRENCY v. WINGATE CORP. C. A. 1st Cir. Certiorari denied. *Matthew W. Goring, Robert W. Meserve,* and *John B. Newhall* for petitioner in No. 129, and *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for petitioner in No. 225. *Eustace T. Pliakas* and *Edward J. Regan* for respondent in both cases. Reported below: 408 F. 2d 1147.

No. 794. BURDETTE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *Lawrence J. Bernard, Jr.,* for petitioner. *Thomas E. Fox,* Deputy Attorney General of Tennessee, and *Lance D. Evans,* Assistant Attorney General, for respondent.

No. 1017. BEAUDINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Raymond E. LaPorte* and *Frank Ragano* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1037. LIKINS-FOSTER HONOLULU CORP. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Valentine Brookes, Bert W. Levit,* and *Edward E. Soule* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Harry Baum,* and *William L. Goldman* for respondent.